**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-24762-MC-ALTONAGA**

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION
AND CUSTOMS ENFORCEMENT,

       Petitioner,

v.

**JOSE FERNANDEZ CORREA**,

       Respondent.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon Petitioner, Department of Homeland Security, Immigration and Customs Enforcement's Emergency Petition for Entry of Order Permitting Involuntary Administration of Nutrients & Hydration [ECF No. 1] filed on December 5, 2024.  The Court has carefully reviewed the Petition, the record, and the applicable law.  For the following reasons, the Petition is granted.

Petitioner states Respondent, Jose Fernandez Correa, is in its custody pending the completion of his removal proceedings.  (*See* Pet. ¶ 2).  Petitioner further represents Respondent is immunocompromised and is on day 70 of a hunger strike to protest his continued detention; he has missed over 200 meals.  (*See id.* ¶¶ 6–8).  Respondent's immunocompromised state and dehydration symptoms led Petitioner to request the involuntary administration of nutrients and hydration.  (*See id.* ¶¶ 15–19, 24(b))

Based on the reasoning provided, the Court finds that an emergency condition exists. Respondent's refusal to obtain adequate nutrition and hydration, in the medical opinion of his

doctor, has caused significant deterioration to his health. (*See* Pet., Ex. B, Decl. of Manuel E[.] Lopez Diaz, M.D. [ECF No. 1-2] ¶¶ 17–18 (alteration added)).  Considering Respondent's immunocompromised health, his doctor represents that medical intervention is now required to preserve Respondent's life.  (*See id.* ¶¶ 13–14, 21–24).

The Court further finds that the record shows involuntary administration of nutrients and hydration is medically appropriate and necessary to preserve Respondent's life, as Respondent is in danger of imminent organ failure. (*See id.*).  Finally, the Court finds the need to take immediate action on Petitioner's request, pending any challenge by Respondent to Petitioner's commencement of this civil matter.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Petition is **GRANTED**.

1.  The Department of Homeland Security, Immigration and Customs Enforcement is **AUTHORIZED**, through competent medical authority, including Larkin Community Hospital, Inc., located in Miami, Florida (Larkin), to involuntarily administer hydration and/or nutrients to Respondent, by means of an intravenous line and/or nasogastric tube.

2.  The Department of Homeland Security, Immigration and Customs Enforcement is further **AUTHORIZED**, through competent medical authority, to include medical staff at Larkin, to restrain Respondent with medical soft restraints if he resists or asserts that he intends to resist the administration of nutrients and hydration.

3.  This Order shall remain in effect until such time that Respondent's food and water consumption is voluntary and continuous and sufficient as determined by the medical staff at Immigration and Customs Enforcement or Larkin, in their clinical judgment and in consideration of objective data including but not limited to Respondent's laboratory results and weight gain.

4.  The Petition having been granted, the Clerk shall close the case.

CASE NO. 24-24762-MC-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 6th day of December, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record
        Jose Fernandez Correa, *pro se*

3