UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-mc-24762-CMA

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

     *Petitioner*,

vs.

JOSE FERNANDEZ CORREA,

     *Respondent*.

_____/

## CERTIFICATE OF SERVICE

I certify that on December 6, 2024, I caused a copy of the Court's *Order* [DE 4] to be hand-delivered to Respondent at Krome Service Processing Center, where he is legally detained.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   *Zakarij Laux*_____
      Florida Bar No. 93784
      U.S. Attorney's Office
      99 NE Fourth Street, Third Floor
      Miami, FL 33132
      (305) 961-9053
      Zakarij.Laux@usdoj.gov

      *Counsel for Petitioner*